UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRE E. SEWELL,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
                                        /

Case No. 1:06-CV-418

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on May 3, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 3, 2007, is approved and adopted as the opinion of the court. The Commissioner's decision is **affirmed**.

This case is **concluded**.


Dated: May 22, 2007
                                                            /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE